UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | Case: 5:21−cr−20739 |
| | | Judge: Levy, Judith E. |
| Plaintiff, | Criminal No. | Mag. Judge: Altman, Kimberly |
| | | Filed: 12/10/2021 |
| v. | HONORABLE | INF USA V DESWAL (LH) |
| | | |
| D-1 MANINDER DESWAL, D.P.M. | Violations: 21 U.S.C. § 841(a)(1) | |
| Defendant. | | |
| _____/ | | |

## INFORMATION

THE ACTING UNITED STATES ATTORNEY CHARGES:

### COUNTS ONE THROUGH TWO
**21 U.S.C. §§ 841(a)(1) – Unlawful Distribution of Controlled Substances**

D-1 Maninder Deswal, D.P.M.

1. On or about the dates set forth below, within the Eastern District of Michigan and elsewhere, the defendant MANINDER DESWAL, D.P.M. did knowingly and intentionally distribute controlled substances, which offenses involved Hydrocodone-Acetaminophen (Norco), a Schedule II controlled substance, by writing prescriptions outside the course of professional medical practice, for no legitimate medical purpose, in the names of the individuals as follows:

1

| COUNT | DATE | CUSTOMER | DRUG NAME (STRENGTH) | QTY |
|---|---|---|---|---|
| 1 | 1/16/2020 | C.S. | Hydrocodone-Acetaminophen 10-325mg | 61 Dosage Units |
| 2 | 9/11/2020 | L.F. | Hydrocodone-Acetaminophen 10-325mg | 61 Dosage Units |

All in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

2. Pursuant to Fed. R. Cr. P. 32.2(a) and Title 21, United States Code Section, 853, the government hereby provides notice to the defendant of its intention to seek forfeiture of all property which constitutes, or is derived from, proceeds that defendant obtained, directly or indirectly, as a result of defendant's violation of Counts One through Three of the Information.

3. Forfeiture Money Judgment. Forfeiture also includes the imposition of a personal forfeiture money judgment against defendant, in favor of the United States, in an amount representing the property which constitutes, or was derived from, proceeds that defendant obtained, directly or indirectly, as a result of defendant's violation of Count One of the Information.

4. Substitute Assets: If the property described above as being subject to forfeiture, as a result of any act or omission of Defendant:

   a. Cannot be located upon the exercise of due diligence;

   b. Has been transferred or sold to, or deposited with, a third party;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property that cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c).

SAIMA S. MOHSIN
Acting United States Attorney

_____
REGINA R. MCCULLOUGH
Chief, Health Care Fraud

_____
BRANDY R. MCMILLION
Deputy Chief, Health Care Fraud


Dated: December 10, 2021

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes  ☒ No | **AUSA's Initials:** _(signed)_ |

**Case Title:** USA v. Maninder Deswal, D.P.M.

**County where offense occurred:** Oakland

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/ ✓ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:** ____]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

December 10, 2021
Date

_(signature: Brandy McMillion)_

Brandy R. McMillion
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9622
Fax:   313-226-9291
E-Mail address: brandy.mcmillion@usdoj.gov
Attorney Bar #: P69838

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.