# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>D-1 MANINDER DESWAL, D.P.M.,<br><br>　　　　Defendant, | Case: 5:21-cr-20739<br>Judge: Levy, Judith E.<br>Mag. Judge: Altman, Kimberly<br>Filed: 12/10/2021<br>INF USA V DESWAL (LH)<br><br>Violations: 21 U.S.C. 841 (a) (1) |

Michael T. Maddaloni (P46733)
Maddaloni & Associates, P.C.
Attorney for Defendant
4251 W. Saginaw Hwy.
Lansing, MI 48917
(517) 374-7870
maddlaw@hotmail.com

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned attorney hereby enters his appearance on behalf of the Defendant, in the above-captioned matter.

Dated: December 14, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Michael Maddaloni (P46733)
　　　　　　　　　　　　　　　　　Attorney for Maninder Deswal

## PROOF OF SERVICE

　　I, Michael T. Maddaloni, state that on December 14, 2021, I did serve a copy of my Appearance upon all attorneys\parties of record, at their last known respective addresses, by ordinary mail and\or electronic filing.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Michael Maddaloni (P46733)