UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

                Plaintiff,

v.                                            Case No. 5:21−cr−20739−JEL−KGA
                                                Hon. Judith E. Levy

Maninder Deswal,

                Defendant(s),

_____

## NOTICE TO APPEAR

The following defendant(s) are hereby notified to appear:  Maninder Deswal

The defendant(s) shall appear before District Judge Judith E. Levy at the United States District Court, Federal Building, 200 East Liberty Street, Ann Arbor, Michigan, for the following proceeding(s):

- SENTENCING:  May 24, 2022 at 03:30 PM

**ADDITIONAL INFORMATION:**   Sentencing Memoranda due on or before 5/17/2022

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                            By: s/W. Barkholz
                                                                 Case Manager

Dated:   January 24, 2022